**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

NATHANIEL CLARANCE CLARK,                :   No. 162 WM 2018
                                                                :
                         Petitioner               :
                                                                :
                                                                :
                                                                :
              v.                                           :
                                                                :
                                                                :
                                                                :
COURT OF COMMON PLEAS, BLAIR      :
COUNTY, PENNSYLVANIA,                       :
                                                                :
                         Respondent            :

## <u>ORDER</u>

**PER CURIAM**

 **AND NOW**, this 18th day of January, 2019, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and/or Extraordinary Relief is DENIED.